*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KING, STEPHENS, and BAKER,
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Sean P. POBST**
Airman (E-3), U.S. Navy
Appellant

**No. 202000012**

Decided: 23 April 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Ryan J. Stormer

Sentence adjudged 25 September 2019 by a special court-martial convened at Naval District Washington, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1[1], confinement for 10 months, and a bad-conduct discharge.

For Appellant:
*Captain James C. Bailey, JAGC, USN*

For Appellee:
*Brian K. Keller, Esq.*

---

[1] The convening authority suspended reduction below grade E-2 for 10 months.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court